**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

**STREAM FAMILY LIMITED PARTNERSHIP** — **CASE NO. 2:25-CV-01856**

**VERSUS** — **JUDGE JAMES D. CAIN, JR.**

**TARGA MIDSTREAM SERVICES LLC** — **MAGISTRATE JUDGE LEBLANC**

# JUDGMENT

Pursuant to the Memorandum Ruling of this date,

**IT IS ORDERED, ADJDUGED, AND DECREED** that the Defendant's Motion for Limited Jurisdictional Discovery [doc. 18] is **DENIED**. Plaintiff's Motion for Remand [doc. 14] is **GRANTED** and this matter is **REMANDED** to the state court from which it was removed.

**THUS DONE AND SIGNED** in chambers on this 15th day of September, 2026.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**